S.D.N.Y. – N.Y.C.
20-cv-4703
Stanton, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-four.

Present:
>    William J. Nardini,
>    Myrna Pérez,
>    Alison J. Nathan,
>        *Circuit Judges*.

Giulio Profumo, et al.,

>    *Petitioners*,

v.                                                                                                                24-16

Ryan Barron, et al.,
>    *Respondents*.

Petitioners request, pursuant to 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court, and Respondents request reassignment of the case to a different district court judge. Upon due consideration, it is hereby ORDERED that the petition is DENIED because an immediate appeal is not warranted, *see Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990), and the request for reassignment is DENIED because Respondents should request that relief from the district court in the first instance.

>    FOR THE COURT:
>    Catherine O'Hagan Wolfe, Clerk of Court

